# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150404(16)

IN RE J. CEDRIC SIMPSON, JUDGE
14A DISTRICT COURT

SC: 150404
JTC Formal Complaint 96

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Chief Justice, the motion to extend the time for filing the examiner's brief is GRANTED. The brief will be accepted as timely filed if submitted on or before December 15, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015


_____ _____